UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HEALTH LAW PARTNERS, P.C.,

    Plaintiff,

v.                                            Case No. 24-cv-11332
                                              HON. MARK A. GOLDSMITH

MICHAEL GONZALES,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE (Dkt. 6)

Before the Court is Plaintiff The Health Law Partners, P.C.'s ex parte motion for alternative service (Dkt 6). The motion states that Plaintiff's process server has attempted to personally served Defendant Michael Gonzales five times. See Mot. at 2. It further states that county tax records confirm that Gonzales owns the home where service was attempted. Id. Having considered the matter, the Court grants the motion. Plaintiff may serve Defendant Gonzales by (i) posting the summons and first amended complaint at Gonzales's home address, and (ii) emailing the summons and first amended complaint to Gonzales's last known email address, mike@nueramedical.net. Service must be effectuated within 14 days of the entry of this order.

    SO ORDERED.

Dated: July 16, 2024                           s/Mark A. Goldsmith
   Detroit, Michigan                       MARK A. GOLDSMITH
                                              United States District Judge