# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| The Health Law Partners, P.C. ) | Case No. 24-cv-11332 |
|  ) |  |
| Plaintiff, ) | HON. MARK A. GOLDSMITH |
|  ) |  |
| v. ) |  |
|  ) |  |
| Michael Gonzales ) |  |
|  ) |  |
|  ) |  |
| Defendant. ) |  |

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, The Health Law Partners, P.C., filed and properly served Defendant, Michael Gonzales. Defendant has failed to plead or otherwise defend in this action, and default has been entered by the clerk against Defendant on August 15, 2024.

The Court, having considered Plaintiff's Motion for Entry of Default Judgment, and being otherwise advised in the premises, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion for Entry of Default Judgment (Dkt. 12) is GRANTED.

2. Final judgment is hereby entered in favor of Plaintiff, The Health Law Partners, P.C., and against Defendant, Michael Gonzales in the amount of $125,052.94, plus post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of this judgment until paid in full.

SO ORDERED.

Dated: September 4, 2024  
    Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge